THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CASSANDRA STAHL and LENNART STAHL, | § § § | |
| Plaintiffs, | § | Civil Action No. 4:12-cv-761 |
| V. | § § | |
| TARGET CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THEIR CLAIMS WITH PREJUDICE [DKT. 77]

The court, after having considered the Plaintiffs' Motion to Dismiss Their Claims with Prejudice [de #77], is of the opinion that it should be GRANTED. It is therefore,

ORDERED that Plaintiffs Cassandra Stahl and Lennart Stahls' claims against Defendant Target Corporation are hereby dismissed with prejudice. It is further,

ORDERED, that the parties shall bear their own incurred costs.

**SIGNED this the 17th day of September, 2014.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE